Edward M. Willoughby et al., appellees, v. James W. Stevens, appellant. Gen. No. 32,966.

Opinion filed April 17, 1929. Rehearing denied May 1, 1929.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, of counsel. Chapman & Cutler, for appellees; Charles M. Thomson, of counsel.

Mr. Justice Ryner, delivered the opinion of the court.